IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY GOLON, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 18-01023 |
| | : | |
| HAIRE MACHINE CORPORATION | : | |
| d/b/a HAIRE GROUP, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW**, this 9th day of July, 2018, upon consideration of the plaintiff's motion to remand (Doc. No. 7), and the defendants' responses (Doc. Nos. 8, 18, 19, 20, 21, 22, 25), **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion is **GRANTED** insofar as it seeks remand;

2. The motion is **DENIED** insofar as it seeks attorney's fees and costs;

3. Any outstanding motions in this action are **DENIED** as moot; and

4. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County. The Clerk of Court is directed to remand to the Court of Common Pleas of Philadelphia County all original documents to this case.

                                              BY THE COURT:

                                              */s/ Lawrence F. Stengel*
                                              LAWRENCE F. STENGEL, C.J.